UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MEREDITH GODOY<br>f/k/a MERIDITH FONTONET<br><br>Plaintiff,<br><br>VS.<br><br>ALLY FINANCIAL, INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:14-cv-00563-DDB |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Meredith Godoy (the "Plaintiff") and Defendant, Ally Financial, Inc. (the "Defendant"), acting by and through their counsel, enter into this their Joint Stipulation of Dismissal with Prejudice and do, by their signatures below, stipulate that all claims and causes of action asserted by Plaintiff filed in this case against Defendant, are hereby dismissed with prejudice to refile same and that all parties will bear their own costs and fees.

Respectfully submitted,

_____
James J. Manchee
State Bar Number 00796988
Marilyn S. Altamira
SBN: 00796119
MANCHEE & MANCHEE, P.C.
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)

ATTORNEY FOR PLAINTIFF

And

Rick W. Hightower
State Bar Number 09614500
Patrick M. Lynch
State Bar Number 24065655
BEASLEY, HIGHTOWER & HARRIS, P.C.
1601 Elm Street, Suite 4350
Dallas, TX 75201-7304
(214) 220-4700 (telephone)
(214) 220-4747 (fax)

ATTORNEY FOR DEFENDANT