UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MEREDITH GODOY § <br> f/k/a MERIDITH FONTONET § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> ALLY FINANCIAL, INC., § <br> § <br> § <br> Defendant. § | Civil Action No. 4:14-cv-00563-DDB |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

ON THIS DAY, came on for consideration the Plaintiff, Meredith Godoy and Defendant, Ally Financial, Inc.'s Joint Stipulation of Dismissal with Prejudice (Dkt. 9) Having considered the Joint Stipulation and the applicable law, the Court finds that the case should be dismissed in accordance with Federal Rule of Civil Procedure 41.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims against Defendant, Ally Financial, Inc. are hereby DISMISSED with prejudice to refile same and that all parties will bear their own costs and fees. This matter is closed on the Court's docket.

**SO ORDERED.**

**SIGNED this 6th day of March, 2015.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE